UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL A. SANCHEZ,

                          Plaintiff,

        -against-

THE CITY OF NEW YORK, ET AL.,

                          Defendants.

24-cv-5740 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 15, 2024, order, this action is dismissed without

prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    October 21, 2024
            New York, New York

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge